JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAX PARK PLACE, INC., | ) | Case No.:  CV 12-757 DSF (CWx) |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| AIRPORTPARKINGLOTS.COM, INC., AIRPORTRESERVATIONS.COM, INC., ORBITZ WORLDWIDE, INC. and DOES 1 through 20 inclusive, | ) ) ) ) | |
| Defendants. | ) | |

_____

The Court, the Honorable Dale S. Fischer, District Judge, Presiding, having ordered that the complaint be dismissed for improper venue,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed without prejudice.

4/18/12

Dated: _____

_____
Dale S. Fischer
United States District Judge